Same case below, 405 Ill. App. 3d 647, 352 Ill. Dec. 856, 955 N.E.2d 32.

**No. 10-11044. Phillip C. Lathrop, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 206, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6039.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 931.

**No. 10-11045. Marcus Jordan Koepnick, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 206, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6101.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 138.

**No. 10-11046. Antoine McSwain, Petitioner v. Indiana.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6475.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 950 N.E.2d 1203.

**No. 10-11048. Rodney Walker, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6454.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 359.

**No. 10-11049. Jermaine Weeden, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6108.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 412 Fed. Appx. 889.

**No. 10-11050. Ruffino Tellez-Araujo, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6317.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 32.

**No. 10-11051. Terrell Wilkins, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6103.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 420 Fed. Appx. 490.

**No. 10-11052. Donald J. Tyner, Petitioner v. Maryland.**

565 U.S. 864, 132 S. Ct. 207, 181 L. Ed. 2d 111, 2011 U.S. LEXIS 6521.

October 3, 2011. Petition for writ of certiorari to the Circuit Court of Maryland, Baltimore City, denied.